B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Christina Boyd                              ,          Case No.   2:17-bk-55193

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Cabana Series III Trust
_____
Name of Transferee

U.S. Bank Trust National Association, as
Trustee of Cabana Series III Trust
_____
Name of Transferor

Name and Address where notices to transferee
should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 955012

Phone:  800.603.0836
Last Four Digits of Acct#:      8195

Court Claim# (if known):      2
Amount of Claim:      $91,996.51
Date Claim Filed:      09/15/2017

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct.#:   1715

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons
_____
Transferee/Transferee's Agent

Date:  07/13/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.